UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-01212 ADS                                         Date:  June 18, 2025

Title:  *Olga Zamora Cabello v. Nissan North America, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: PROOF OF SERVICE**

On June 4, 2025, Defendant filed a Notice of Removal. (Dkt No. 1.) A Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent was issued on June 7, 2025. (Dkt. No. 5.) Defendant is required to file a proof of service of the Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service. C.D. Cal. L. R. 4-6, 73-2.1. Defendant must file a proof of service that shows completed service upon Plaintiff of the Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent by no later than **June 25, 2025**.

**IT IS SO ORDERED.**

Initials of Clerk kh